# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Casey, Mark A.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Casey, Janice M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3937** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1819** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4712 Dover Cliff Court**<br>**Dover, FL**<br>ZIP Code **33527** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4712 Dover Cliff Court**<br>**Dover, FL**<br>ZIP Code **33527** |
| County of Residence or of the Principal Place of Business:<br>**Hillsborough** | County of Residence or of the Principal Place of Business:<br>**Hillsborough** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,   ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as    business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**    **\*\*\* Joel B. Fein, Esquire 571921 \*\*\***     THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Casey, Mark A.** <br> **Casey, Janice M.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed:   **Middle District of Florida (Tampa)** | Case Number: <br> **10-00048-KRM** | Date Filed: <br> **1/04/10** |
|---|---|---|
| Location <br> Where Filed:   **See Attachment** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X**  **/s/ Joel B. Fein, Esquire**            **March 21, 2011** <br>    Signature of Attorney for Debtor(s)        (Date) <br>     **Joel B. Fein, Esquire 571921** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

    ☐  Yes, and Exhibit C is attached and made a part of this petition.

    ■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ■  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ■  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

    ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

    ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

             _____

             (Name of landlord that obtained judgment)

             _____

             (Address of landlord)

    ☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Casey, Mark A.**

**Casey, Janice M.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark A. Casey**

Signature of Debtor   **Mark A. Casey**

X **/s/ Janice M. Casey**

Signature of Joint Debtor **Janice M. Casey**

Telephone Number (If not represented by attorney)

**March 21, 2011**

Date

### Signature of Attorney*

X **/s/ Joel B. Fein, Esquire**

Signature of Attorney for Debtor(s)

**Joel B. Fein, Esquire 571921**

Printed Name of Attorney for Debtor(s)

**Joel B. Fein, P.A.**

Firm Name

**510 Vonderburg Dr, Ste 307**
**Brandon, FL 33511**

Address

**Email: joel.fein@joelfeinpa.com**
**(813) 654-7004  Fax: (813) 653-9149**

Telephone Number

**March 21, 2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Mark A. Casey,**                                                       Case No. _____

           **Janice M. Casey**

                                           Debtors

# FORM 1. VOLUNTARY PETITION

## <u>Prior Bankruptcy Cases Filed Attachment</u>

| <u>Location Where Filed</u> | <u>Case Number</u> | <u>Date Filed</u> |
|---|---|---|
| **Middle District of Florida (Tampa)** | **09-09547-KRM** | **05/08/09** |
| **Middle District of Florida (Tampa)** | **06-01354-KRM** | **03/30/06** |
| **Middle District of Florida (Tampa)** | **05-29647-KRM** | **11/04/05** |
| **Middle District of Florida (Tampa)** | **04-20152-KRM** | **10/15/04** |

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **Mark A. Casey**
         **Janice M. Casey**                                  Case No. _____

                                     Debtor(s)      Chapter    **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     **/s/ Mark A. Casey**
                              **Mark A. Casey**

Date:     **March 21, 2011**

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **Mark A. Casey**
      **Janice M. Casey**

                                  Debtor(s)

Case No.

Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Janice M. Casey

                             Janice M. Casey

Date:   March 21, 2011

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **Mark A. Casey,**
       **Janice M. Casey**

Case No. _____

Chapter               **13**

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 174,523.00 | | |
| B - Personal Property | Yes | 4 | 66,763.48 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 278,160.94 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 41,027.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 36,546.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,829.48 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 241,286.48 | | |
| Total Liabilities | | | | 355,735.25 | |

.

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re     **Mark A. Casey,**
         **Janice M. Casey**

                                   Debtors

Case No. _____

Chapter _____ **13** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 41,027.59 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 41,027.59 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 0.00 |
| Average Expenses (from Schedule J, Line 18) | 7,829.48 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 97,127.94 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 41,027.59 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 36,546.72 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 133,674.66 |

In re     **Mark A. Casey,**                                 Case No. _____

           **Janice M. Casey**

_____,

Debtors

# SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lot 6, Block 1, Dover Woods, According to the Map or Plat Thereof as Recorded in Plat Book 57, Page 38, of the Public Records of Hillsborough County, Florida** | **Fee Simple** | **J** | **174,523.00** | **267,125.94** |
| **4712 Dover Cliff Court** <br> **Dover, FL 33527** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 174,523.00 | (Total of this page) |
| Total > | 174,523.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Mark A. Casey,**                       Case No. _____

          **Janice M. Casey**

                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtors' Checking Account with Bank of America Account** | J | 850.00 |
| | | **Debtors' Checking with Capital One** | J | 3,000.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **4 Beds**<br>**1 Living Room Set**<br>**Dressers**<br>**Patio Furniture**<br>**Miscellaneous Kitchen Appliances**<br>**Miscellaneous Household Goods and Furnishing**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | J | 1,400.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous Books, Pictures, Art Objects, CD's, DVD's, Etc.**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | J | 30.00 |
| 6.   Wearing apparel. | | **Debtors' Clothing**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | J | 150.00 |
| 7.   Furs and jewelry. | | **Wedding Rings**<br>**Watches**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | J | 200.00 |

                                              Sub-Total >      **5,630.00**

                                        (Total of this page)

   __3__   continuation sheets attached to the Schedule of Personal Property

In re    **Mark A. Casey,**                                       Case No. _____

         **Janice M. Casey**

                                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **13 Firearms**<br><br>**4712 Dover Cliff Court<br>Dover, FL 33527** | **J** | **2,500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Debtor Husband's 401K with Hewitt** | **H** | **41,208.48** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtors' 2010 Tax Return** | **J** | **Unknown** |

                                                        Sub-Total >      **43,708.48**
                                                     (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

In re    **Mark A. Casey,**                                   Case No. _____

           **Janice M. Casey**

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford F-150 Supercrew-V8 XLT 4WD VIN# 1FTPW145X6KA66874**<br><br>**4712 Dover Cliff Court Dover, FL 33527** | J | 10,400.00 |
| | | **2004 Ford F-150 VIN# 1FTRW12W44KC67200**<br><br>**(Debtors' Son Drives Vehicle and Debtors' Son Pays for Vehicle)**<br><br>**4712 Dover Cliff Court Dover, FL 33527** | J | 4,375.00 |

Sub-Total >      **14,775.00**
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

In re    **Mark A. Casey,**                                Case No. _____

           **Janice M. Casey**

                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2003 Ford F-150**<br>**VIN# 1FTRX17L33NB37417**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | **J** | **2,300.00** |
| | | **2005 Utility Trailer**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | **J** | **0.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 Desktop Computer**<br>**1 Laptop**<br>**1 Printer**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | **J** | **200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | | **1 Dog**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | | **1 Riding Lawnmower**<br>**1 Weed Eater**<br>**1 Edger**<br><br>**4712 Dover Cliff Court**<br>**Dover, FL 33527** | **J** | **150.00** |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | **X** | | | |

|  | Sub-Total > | **2,650.00** |
|---|---|---|
| | (Total of this page) | |
| | Total > | **66,763.48** |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Mark A. Casey,**                           Case No. _____

           **Janice M. Casey**

_____ ,

                   Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                     *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Lot 6, Block 1, Dover Woods, According to the Map or Plat Thereof as Recorded in Plat Book 57, Page 38, of the Public Records of Hillsborough County, Florida** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05** | **100%** | **174,523.00** |
| **4712 Dover Cliff Court Dover, FL 33527** | | | |
| **Household Goods and Furnishings** | | | |
| **4 Beds 1 Living Room Set Dressers Patio Furniture Miscellaneous Kitchen Appliances Miscellaneous Household Goods and Furnishing** | **Fla. Const. art. X, § 4(a)(2)** | **1,400.00** | **1,400.00** |
| **4712 Dover Cliff Court Dover, FL 33527** | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Miscellaneous Books, Pictures, Art Objects, CD's, DVD's, Etc.** | **Fla. Const. art. X, § 4(a)(2)** | **30.00** | **30.00** |
| **4712 Dover Cliff Court Dover, FL 33527** | | | |
| **Wearing Apparel** | | | |
| **Debtors' Clothing** | **Fla. Const. art. X, § 4(a)(2)** | **30.00** | **150.00** |
| **4712 Dover Cliff Court Dover, FL 33527** | | | |
| **Furs and Jewelry** | | | |
| **Wedding Rings Watches** | **Fla. Const. art. X, § 4(a)(2)** | **200.00** | **200.00** |
| **4712 Dover Cliff Court Dover, FL 33527** | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **13 Firearms** | **Fla. Const. art. X, § 4(a)(2)** | **340.00** | **2,500.00** |
| **4712 Dover Cliff Court Dover, FL 33527** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Debtor Husband's 401K with Hewitt** | **Fla. Stat. Ann. § 222.21(1)** | **41,208.48** | **41,208.48** |
| | Total: | **43,208.48** | **220,011.48** |

   **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Mark A. Casey,**                                   Case No. _____
       **Janice M. Casey**

_____ ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **20051100425165** <br><br> **Crescent Bank & Trust** <br> **PO Box 51813** <br> **New Orleans, LA 70161** | | J | **Purchase Money Security Interest** <br><br> **2006 Ford F-150 Supercrew-V8 XLT 4WD VIN# 1FTPW145X6KA66874** <br><br> **4712 Dover Cliff Court** <br> **Dover, FL 33527** <br><br> Value $       **10,400.00** | | | | 2,135.00 | 0.00 |
| Account No. **C67200** <br><br> **DT Credit Corp** <br> **PO Box 29018** <br> **Phoenix, AZ 85038-9018** | | J | **Purchase Money Security Interest** <br> **2004 Ford F-150** <br> **VIN# 1FTRW12W44KC67200** <br> **(Debtors' Son Drives Vehicle and Debtors' Son Pays for Vehicle)** <br> **4712 Dover Cliff Court** <br> **Dover, FL 33527** <br><br> Value $       **4,375.00** | | | | 8,900.00 | 4,525.00 |
| Account No. <br><br> **Eastern Savings Bank** <br> **Corporate Headquarters** <br> **Executive Plaza 2** <br> **11350 McCormick Rd, Ste 200** <br> **Hunt Valley, MD 21031** | | J | **Mortgage on Homestead** <br> **Lot 6, Block 1, Dover Woods, According to the Map or Plat Thereof as Recorded in Plat Book 57, Page 38, of the Public Records of Hillsborough County, Florida** <br> **4712 Dover Cliff Court** <br> **Dover, FL 33527** <br><br> Value $      **174,523.00** | | | | 267,125.94 | 92,602.94 |
| Account No. <br><br><br><br><br><br> Value $ | | | | | | | | |

**0**   continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal <br> (Total of this page) | 278,160.94 | 97,127.94 |
| Total <br> (Report on Summary of Schedules) | 278,160.94 | 97,127.94 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

.

In re    **Mark A. Casey,**                                         Case No. _____

         **Janice M. Casey**

_____ ,

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

           _1_     continuation sheets attached

In re **Mark A. Casey,**
    **Janice M. Casey**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Internal Revenue Services** <br>**PO box 7346** <br>**Philadelphia, PA 19101-7346** | | J | **Taxes for 2005, 2007, 2009 & 2010** | | | | | 0.00 | |
| | | | | | | | 41,027.59 | | 41,027.59 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 41,027.59 | 41,027.59 |
| | Total | 0.00 | |
| | (Report on Summary of Schedules) | 41,027.59 | 41,027.59 |

In re    **Mark A. Casey,**                                Case No. _____

           **Janice M. Casey**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Alltel Communications** <br> **PO Box 530533** <br> **Atlanta, GA 30353-0533** | | | J | | Cellular Services | | | | 3,164.00 |
| Account No. **24346279** <br><br> **BCA Financial Services** <br> **18001 Old Cutler Road** <br> **Miami, FL 33157** | | | J | | Collection Agent for Unknown Account | | | | 1,087.00 |
| Account No. **18870590** <br><br> **Brandon Regional Hospital** <br> **Attn: Billing Dept** <br> **119 Oakfield Dr** <br> **Brandon, FL 33511** | | | J | | Medical Services | | | | 100.00 |
| Account No. **18667023** <br><br> **Brandon Regional Hospital** <br> **Attn: Billing Dept** <br> **119 Oakfield Dr** <br> **Brandon, FL 33511** | | | J | | Medical Services | | | | 100.00 |

___11___ continuation sheets attached

                                             Subtotal        **4,451.00**

                                       (Total of this page)

In re **Mark A. Casey,**
    **Janice M. Casey**
                                     Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3523573<br><br>**Brandon Regional Hospital**<br>**Attn: Billing Dept**<br>**119 Oakfield Dr**<br>**Brandon, FL 33511** | | J | **Medical Services** | | | | 529.00 |
| Account No. 2613349<br><br>**Brandon Regional Hospital**<br>**Attn: Billing Dept**<br>**119 Oakfield Dr**<br>**Brandon, FL 33511** | | J | **Medical Services** | | | | 468.00 |
| Account No. 1470433733<br><br>**Bright House Networks**<br>**525 Grand Regency Blvd**<br>**Brandon, FL 33510** | | J | **Cable Services** | | | | 1,223.00 |
| Account No. 1140513414<br><br>**Bright House Networks**<br>**525 Grand Regency Blvd**<br>**Brandon, FL 33510** | | J | **Cable Services** | | | | 427.00 |
| Account No. D57207N1<br><br>**Capstone Credit & Collection**<br>**PO Box 1267**<br>**Lutz, FL 33548-1267** | | J | **Collection Agent for Unknown Account** | | | | 197.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,844.00

In re **Mark A. Casey,**     Case No. _____
    **Janice M. Casey**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **18022265** | | | Collection Agent for Unknown Account | | | | |
| Collection PO Box 9134 Needham Heights, MA 02494 | | J | | | | | 377.00 |
| Account No. **15332786** | | | Collection Agent for Unknown Account | | | | |
| Collection PO Box 9134 Needham Heights, MA 02494 | | J | | | | | 299.00 |
| Account No. **ending in 9871** | | | Consumer Credit Card Purchases | | | | |
| Columbus Bank & Trust PO Box 23060 Columbus, GA 31902 | | J | | | | | 971.35 |
| Account No. | | | Cable Services | | | | |
| Direct TV PO Box 78626 Phoenix, AZ 85062-8626 | | J | | | | | 486.00 |
| Account No. **ending in 4722** | | | Consumer Credit Card Purchases | | | | |
| DIRM c/o Jefferson Capital System PO Box 7999 Saint Cloud, MN 56302-9617 | | J | | | | | 675.10 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    2,808.45

In re   **Mark A. Casey,**                  Case No. _____
        **Janice M. Casey**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | J | Consumer Credit Card Purchases | | | | |
| **First Premier Bank** **Attn:  Collections Dept** **PO Box 5519** **Sioux Falls, SD 57117-5519** | | | | | | | 762.00 |
| Account No. | | J | Consumer Credit Card Purchases | | | | |
| **First Premier Bank** **Attn:  Collections Dept** **PO Box 5519** **Sioux Falls, SD 57117-5519** | | | | | | | 605.00 |
| Account No. **5178-0078-4521-8189** | | J | Consumer Credit Card Purchases | | | | |
| **First Premier Bank** **Attn:  Collections Dept** **PO Box 5519** **Sioux Falls, SD 57117-5519** | | | | | | | 451.00 |
| Account No. **ending in 7433** | | J | Consumer Credit Card Purchases | | | | |
| **First Premier Bank** **Attn:  Collections Dept** **PO Box 5519** **Sioux Falls, SD 57117-5519** | | | | | | | 411.31 |
| Account No. | | J | Consumer Credit Card Purchases | | | | |
| **HSBC** **PO Box 5241** **Carol Stream, IL 60197-5241** | | | | | | | 794.00 |

Husband, Wife, Joint, or Community

Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **3,023.31**

In re   **Mark A. Casey,**
      **Janice M. Casey**

Case No. _____

_____,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ending in 2677** <br><br> **HSBC** <br> **PO Box 5241** <br> **Carol Stream, IL 60197-5241** | | J | **Consumer Credit Card Purchases** | | | | **671.85** |
| Account No. **1690962001** <br><br> **IC Systems Collections** <br> **PO Box 64378** <br> **Saint Paul, MN 55164-0378** | | J | **Collection Agent for Unknown Account** | | | | **100.00** |
| Account No. **4243546510** <br><br> **IC Systems Collections** <br> **PO Box 64378** <br> **Saint Paul, MN 55164-0378** | | J | **Collection Agent for Unknown Account** | | | | **100.00** |
| Account No. **92233091723345823** <br><br> **Lane Bryant** <br> **PO Box 84047** <br> **Columbus, GA 31908-4047** | | J | **Consumer Credit Card Purchases** | | | | **Unknown** |
| Account No. **ending in 8693** <br><br> **LVNV Funding** <br> **PO Box 10497** <br> **Greenville, SC 29603** | | J | **Other** | | | | **784.56** |

Sheet no. __**4**___ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| **1,656.41** |
|---|

In re   **Mark A. Casey,**
      **Janice M. Casey**

Case No. _____

_____,
                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. **ending in 4634** | | | | | Consumer Credit Card Purchases | | | | |
| **Mid America Bank & Trust Co.** **5109 S. Broadband Lane** **PO Box 89937** **Sioux Falls, SD 57109** | | | | J | | | | | 315.95 |
| Account No. **33144096** | | | | | Collection Agent for Unknown Account | | | | |
| **NCO/Medclr** **PO Box 8547** **Philadelphia, PA 19101** | | | | J | | | | | 187.00 |
| Account No. **30919091** | | | | | Collection Agent for Unknown Account | | | | |
| **NCO/Medclr** **PO Box 8547** **Philadelphia, PA 19101** | | | | J | | | | | 100.00 |
| Account No. **4663-0900-0923-8693** | | | | | Consumer Credit Card Purchases | | | | |
| **Orchard Bank** **PO Box 5222** **Carol Stream, IL 60197** | | | | J | | | | | 747.00 |
| Account No. **4317-3200-8016-0940** | | | | | Consumer Credit Card Purchases | | | | |
| **Plains Commerce Bank** **PO Box 90340** **Sioux Falls, SD 57109** | | | | J | | | | | 365.00 |

Sheet no. __5___ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     1,714.95

In re  **Mark A. Casey,**
    **Janice M. Casey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4106-3600-1271-9871** | | | Collection Agent for Unknown Account | | | | |
| **Portfolio Recovery Assoc** **PO Box 12914** **Norfolk, VA 23541** | | J | | | | | |
| | | | | | | | 975.00 |
| Account No. **5179-9700-0006-2677** | | | Collection Agent for Unknown Account | | | | |
| **Portfolio Recovery Assoc** **PO Box 12914** **Norfolk, VA 23541** | | J | | | | | |
| | | | | | | | 724.00 |
| Account No. **ending in 8189** | | | Consumer Credit Card Purchases | | | | |
| **Premier Bank Card/Charter** **PO Box 2208** **Vacaville, CA 95696** | | J | | | | | |
| | | | | | | | 451.51 |
| Account No. **ending in 4839** | | | Consumer Credit Card Purchases | | | | |
| **Providian Bank** **PO Box 660433** **Dallas, TX 75266-0433** | | J | | | | | |
| | | | | | | | 2,207.05 |
| Account No. **5035593** | | | Returned Check | | | | |
| **Security Check LLC** **2612 Jackson Avenue W** **Oxford, MS 38655** | | J | | | | | |
| | | | | | | | 62.00 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,419.56

In re **Mark A. Casey,**
**Janice M. Casey**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 8530979 <br><br> Security Check LLC <br> 2612 Jackson Avenue W <br> Oxford, MS 38655 | | | J | | Returned Check | | | | 55.00 |
| Account No. 5036979 <br><br> Security Check LLC <br> 2612 Jackson Avenue W <br> Oxford, MS 38655 | | | J | | Returned Check | | | | 50.00 |
| Account No. 414315164 <br><br> The Bureaus <br> 1717 Central Street <br> Evanston, IL 60201-1507 | | | J | | Collection Agent for Unknown Account | | | | 952.00 |
| Account No. 8828459 <br><br> United Compucred <br> 4190 Harrison Ave <br> Cincinnati, OH 45211 | | | J | | Returned Check | | | | 180.00 |
| Account No. 9166842 <br><br> United Compucred <br> 4190 Harrison Ave <br> Cincinnati, OH 45211 | | | J | | Returned Check | | | | 166.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,403.00

In re **Mark A. Casey,**
    **Janice M. Casey**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8089896**<br><br>**United Compucred**<br>**4190 Harrison Ave**<br>**Cincinnati, OH 45211** | | J | Returned Check | | | | 149.00 |
| Account No. **8693383**<br><br>**United Compucred**<br>**4190 Harrison Ave**<br>**Cincinnati, OH 45211** | | J | Returned Check | | | | 102.00 |
| Account No. **8090083**<br><br>**United Compucred**<br>**4190 Harrison Ave**<br>**Cincinnati, OH 45211** | | J | Returned Check | | | | 102.00 |
| Account No. **8828458**<br><br>**United Compucred**<br>**4190 Harrison Ave**<br>**Cincinnati, OH 45211** | | J | Returned Check | | | | 88.00 |
| Account No. **8208839**<br><br>**United Compucred**<br>**4190 Harrison Ave**<br>**Cincinnati, OH 45211** | | J | Returned Check | | | | 75.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

516.00

In re    **Mark A. Casey,**
      **Janice M. Casey**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **70004765** <br><br> **United Compucred 4190 Harrison Ave Cincinnati, OH 45211** | | J | | Returned Check | | | | 71.00 |
| Account No. **8834737** <br><br> **United Compucred 4190 Harrison Ave Cincinnati, OH 45211** | | J | | Returned Check | | | | 65.00 |
| Account No. **8828457** <br><br> **United Compucred 4190 Harrison Ave Cincinnati, OH 45211** | | J | | Returned Check | | | | 58.00 |
| Account No. **8100706** <br><br> **United Compucred 4190 Harrison Ave Cincinnati, OH 45211** | | J | | Returned Check | | | | 57.00 |
| Account No. **8944331** <br><br> **United Compucred 4190 Harrison Ave Cincinnati, OH 45211** | | J | | Returned Check | | | | 56.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **307.00**

In re  **Mark A. Casey,**
      **Janice M. Casey**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8836664 <br><br> **United Compucred** <br> **4190 Harrison Ave** <br> **Cincinnati, OH 45211** | | J | **Returned Check** | | | | 54.00 |
| Account No. xxx5093 <br><br> **United Compucred** <br> **4190 Harrison Ave** <br> **Cincinnati, OH 45211** | | J | **Returned Check** | | | | 51.00 |
| Account No. 977 <br><br> **Verizon** <br> **PO Box 660108** <br> **Dallas, TX 75266** | | J | **Cable Services** | | | | 1,536.00 |
| Account No. 877 <br><br> **Verizon** <br> **PO Box 660108** <br> **Dallas, TX 75266** | | J | **Cable Services** | | | | 1,191.00 |
| Account No. ending in 0415 <br><br> **Verizon** <br> **404 Brock Drive** <br> **Bloomington, IL 61701** | | J | **Services** | | | | 5,105.55 |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,937.55

In re   **Mark A. Casey,**
      **Janice M. Casey**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **ending in 9381** <br><br> **Verizon Online** <br> **PO Box 3243** <br> **Bloomington, IL 61702-3243** | | J | Online Services | | | | 237.96 |
| Account No. **ending in 3059** <br><br> **Verizon Wireless** <br> **PO Box 3397** <br> **Bloomington, IL 61702** | | J | Cellular Services | | | | 1,113.40 |
| Account No. 1010073986454 <br><br> **Wachovia Bank NA** <br> **PO Box 13765** <br> **Roanoke, VA 24037-3765** | | J | Non Sufficient Funds | | | | 899.00 |
| Account No. **ending in 0606** <br><br> **Wachovia Bank NA** <br> **c/o Bankruptcy R4057-01P** <br> **PO Box 13765** <br> **Roanoke, VA 24037-3765** | | J | Loan | | | | 2,240.00 |
| Account No. **ending in 6150** <br><br> **Wachovia Bank NA** <br> **c/o Bankruptcy R4057-01P** <br> **PO Box 13765** <br> **Roanoke, VA 24037-3765** | | J | Loan | | | | 975.13 |

Sheet no. \_\_**11**\_\_ of \_\_**11**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 5,465.49 |
| Total (Report on Summary of Schedules) | 36,546.72 |

In re    **Mark A. Casey,**                                         Case No. _____

          **Janice M. Casey**

_____ ,
                                       Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**    
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re     **Mark A. Casey,**                           Case No. _____
         **Janice M. Casey**

Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **Mark A. Casey**
        **Janice M. Casey**                            Case No.    _____

                                Debtor(s)       Chapter     **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **27**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March 21, 2011**              Signature    **/s/ Mark A. Casey**
                                                   **Mark A. Casey**
                                                   Debtor

Date    **March 21, 2011**              Signature    **/s/ Janice M. Casey**
                                                   **Janice M. Casey**
                                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **Mark A. Casey**
          **Janice M. Casey** _____    Case No. _____
                                          Debtor(s)        Chapter   **13** _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Mark A. Casey**
**Janice M. Casey** _____   X  **/s/ Mark A. Casey**          **March 21, 2011**
Printed Name(s) of Debtor(s)                  Signature of Debtor          Date

Case No. (if known) _____   X  **/s/ Janice M. Casey**       **March 21, 2011**
                                        Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **Mark A. Casey**
         **Janice M. Casey**                                    Case No. _____

                                        Debtor(s)          Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

       For legal services, I have agreed to accept .................................................... $     **3,589.00**

       Prior to the filing of this statement I have received ...................................... $     **1,639.00**

       Balance Due ................................................................................................... $     **1,950.00**

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

       ■ Debtor       ☐ Other (specify):

4.   The source of compensation to be paid to me is:

       ☐ Debtor       ■ Other (specify):    **The balance of $1950.00 shall be paid by the Chapter 13 Trustee through the CHapter 13 Plan**

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

       a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
       b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
       c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
       d.  [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

           **This fee also includes an average of administrative costs and services associated with the case in the approximate amount of $130.00 per case, including but not limited to: file set up, photocopies, postage, internet searches, local and long distance phone calls, credit checks, drafting pro se answers and reaffirmation agreements**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 21, 2011**                    **/s/ Joel B. Fein, Esquire**
                                              **Joel B. Fein, Esquire 571921**
                                              **Joel B. Fein, P.A.**
                                              **510 Vonderburg Dr, Ste 307**
                                              **Brandon, FL 33511**
                                              **(813) 654-7004 Fax: (813) 653-9149**
                                              **joel.fein@joelfeinpa.com**

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **Mark A. Casey**    Case No. _____
     **Janice M. Casey** _____
                        Debtor(s)      Chapter    **13** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **March 21, 2011** _____      **/s/ Mark A. Casey** _____
                                         **Mark A. Casey**
                                         Signature of Debtor

Date:    **March 21, 2011** _____      **/s/ Janice M. Casey** _____
                                           **Janice M. Casey**
                                           Signature of Debtor

Mark A. Casey
4712 Dover Cliff Court
Dover, FL 33527

Brandon Regional Hospital
Attn:  Billing Dept
119 Oakfield Dr
Brandon, FL 33511

Direct TV
PO Box 78626
Phoenix, AZ 85062-8626


Janice M. Casey
4712 Dover Cliff Court
Dover, FL 33527

Bright House Networks
525 Grand Regency Blvd
Brandon, FL 33510

DIRM
c/o Jefferson Capital System
PO Box 7999
Saint Cloud, MN 56302-9617


Joel B. Fein, Esquire
Joel B. Fein, P.A.
510 Vonderburg Dr, Ste 307
Brandon, FL 33511

Capstone Credit & Collection
PO Box 1267
Lutz, FL 33548-1267

DT Credit Corp
PO Box 29018
Phoenix, AZ 85038-9018


Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231

Collection
PO Box 9134
Needham Heights, MA 02494

Eastern Savings Bank
Corporate Headquarters
Executive Plaza 2
11350 McCormick Rd, Ste 200
Hunt Valley, MD 21031


Alltel Communications
PO Box 530533
Atlanta, GA 30353-0533

Collection
700 Longwater Drive
Norwell, MA 02061

Financial Corp of America
PO Box 203500
Austin, TX 78720-3500


Amy McGrotty PA
15 SE 9th Avenue
Fort Lauderdale, FL 33301

Collection
Attn: Bankruptcy Department
PO Box 10587
Greenville, SC 29603

First Premier Bank
Attn:  Collections Dept
PO Box 5519
Sioux Falls, SD 57117-5519


Arrow Financial
21031 Network Place
Chicago, IL 60678-1031

Columbus Bank & Trust
PO Box 23060
Columbus, GA 31902

Gilbert Garcia Group PA
Michelle Garcia Gilbert
3200 Henderson Blvd.
Suite 100
Tampa, FL 33609


Asset Acceptance
PO Box 2036
Warren, MI 48090

Credit Protection Assoc LTD
13355 Noel Road
Dallas, TX 75240

HSBC
PO Box 5241
Carol Stream, IL 60197-5241


BCA Financial Services
18001 Old Cutler Road
Miami, FL 33157

Crescent Bank & Trust
PO Box 51813
New Orleans, LA 70161

IC Systems Collections
PO Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Services
PO box 7346
Philadelphia, PA 19101-7346

Portfolio Recovery Assoc
PO Box 12914
Norfolk, VA 23541

Verizon
404 Brock Drive
Bloomington, IL 61701

Jefferson Capital Systems
PO Box 23051
Columbus, GA 31902-3051

PRA Receivables Management
PO Box 41067
Norfolk, VA 23541

Verizon Online
PO Box 3243
Bloomington, IL 61702-3243

Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-9617

Premier Bank Card/Charter
PO Box 2208
Vacaville, CA 95696

Verizon Wireless
PO Box 3397
Bloomington, IL 61702

Lane Bryant
PO Box 84047
Columbus, GA 31908-4047

Providian Bank
PO Box 660433
Dallas, TX 75266-0433

Wachovia Bank NA
PO Box 13765
Roanoke, VA 24037-3765

LVNV Funding
PO Box 10497
Greenville, SC 29603

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Wachovia Bank NA
c/o Bankruptcy R4057-01P
PO Box 13765
Roanoke, VA 24037-3765

Mid America Bank & Trust Co.
5109 S. Broadband Lane
PO Box 89937
Sioux Falls, SD 57109

Security Check LLC
2612 Jackson Avenue W
Oxford, MS 38655

West Asset Management, Inc.
Attn: Correspondence
PO Box 105359
Atlanta, GA 30348-5359

NCO/Medclr
PO Box 8547
Philadelphia, PA 19101

The Bureaus
1717 Central Street
Evanston, IL 60201-1507

Orchard Bank
PO Box 5222
Carol Stream, IL 60197

United Compuced
4190 Harrison Ave
Cincinnati, OH 45211

Plains Commerce Bank
PO Box 90340
Sioux Falls, SD 57109

Verizon
PO Box 660108
Dallas, TX 75266