UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:                                                Case No. 11-05044-KRM

MARK A. CASEY                      Chapter 13 Case
And JANICE M. CASEY

    Debtor(s).
_____ /

## CERTIFICATE OF SERVICE FOR CHAPTER 13 PLAN

**I HEREBY CERTIFY** that a true and correct copy of the **CHAPTER 13 PLAN** has been provided via first class regular U.S. mail, postage prepaid, to the attached creditor matrix; on this 30th day of March, 2011.

                                                   /s/ Joel B. Fein
                                                 JOEL B. FEIN, ESQUIRE
                                                 Florida Bar No. 571921
                                                 JOEL B. FEIN, P.A.
                                                 510 Vonderburg Drive, Suite 307
                                                 Brandon, Florida 33511
                                                 Telephone: (813) 654-7004
                                                 Facsimile: (813) 653-9149
                                                 E-Mail Address: joel.fein@joelfeinpa.com
                                                 Attorneys for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:11-bk-05044-KRM<br>Middle District of Florida<br>Tampa<br>Mon Mar 28 12:54:23 EDT 2011 | United States Bankruptcy Court<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602-3860 | Allied Interstate<br>3000 Corporate Exchange Dr.<br>5th Floor<br>Columbus, OH 43231-7723 |
| Alltel Communications<br>PO Box 530533<br>Atlanta, GA 30353-0533 | Amy McGrotty PA<br>15 SE 9th Avenue<br>Fort Lauderdale, FL 33301-2047 | Arrow Financial<br>21031 Network Place<br>Chicago, IL 60678-1031 |
| Asset Acceptance<br>PO Box 2036<br>Warren, MI 48090-2036 | BCA Financial Services<br>18001 Old Cutler Road<br>Miami, FL 33157-6422 | Brandon Regional Hospital<br>Attn: Billing Dept<br>119 Oakfield Dr<br>Brandon, FL 33511-5779 |
| Bright House Networks<br>525 Grand Regency Blvd<br>Brandon, FL 33510-3932 | Capstone Credit & Collection<br>PO Box 1267<br>Lutz, FL 33548-1267 | Collection<br>700 Longwater Drive<br>Norwell, MA 02061-1796 |
| Collection<br>Attn: Bankruptcy Department<br>PO Box 10587<br>Greenville, SC 29603-0587 | Collection<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Columbus Bank & Trust<br>PO Box 23060<br>Columbus, GA 31902-3060 |
| Credit Protection Assoc LTD<br>13355 Noel Road<br>Dallas, TX 75240-6602 | Crescent Bank & Trust<br>PO Box 51813<br>New Orleans, LA 70151-1813 | DIRM<br>c/o Jefferson Capital System<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |
| (p)DT CREDIT CORP<br>P O BOX 29018<br>PHOENIX AZ 85038-9018 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Direct TV<br>PO Box 78626<br>Phoenix, AZ 85062-8626 |
| Eastern Savings Bank<br>Corporate Headquarters<br>Executive Plaza 2<br>11350 McCormick Rd, Ste 200<br>Hunt Valley, MD 21031-1002 | Financial Corp of America<br>PO Box 203500<br>Austin, TX 78720-3500 | First Premier Bank<br>Attn: Collections Dept<br>PO Box 5519<br>Sioux Falls, SD 57117-5519 |
| Gilbert Garcia Group PA<br>Michelle Garcia Gilbert<br>3200 Henderson Blvd.<br>Suite 100<br>Tampa, FL 33609-3054 | HSBC<br>PO Box 5241<br>Carol Stream, IL 60197-5241 | IC Systems Collections<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Services<br>PO box 7346<br>Philadelphia, PA 19101-7346 | Janice M. Casey<br>4712 Dover Cliff Court<br>Dover, FL 33527-6352 |

| | | |
|---|---|---|
| (p)JEFFERSON CAPITAL SYTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | Joel B. Fein, Esquire<br>Joel B. Fein, P.A.<br>510 Vonderburg Dr, Ste 307<br>Brandon, FL 33511-6072 |
| LVNV Funding<br>PO Box 10497<br>Greenville, SC 29603-0497 | Lane Bryant<br>PO Box 84047<br>Columbus, GA 31908-4047 | Mark A. Casey<br>4712 Dover Cliff Court<br>Dover, FL 33527-6352 |
| Mid America Bank & Trust Co.<br>5109 S. Broadband Lane<br>PO Box 89937<br>Sioux Falls, SD 57109-6937 | (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | Office of US Attorney<br>Attn Civil Process Clerk1<br>400 North Tampa St Suite 3200<br>Tampa, FL 33602-4774 |
| Orchard Bank<br>PO Box 5222<br>Carol Stream, IL 60197-5222 | PRA Receivables Management<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Plains Commerce Bank<br>PO Box 90340<br>Sioux Falls, SD 57109-0340 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bank Card/Charter<br>PO Box 2208<br>Vacaville, CA 95696-8208 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 |
| Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Security Check LLC<br>2612 Jackson Avenue W<br>Oxford, MS 38655-5405 | The Bureaus<br>1717 Central Street<br>Evanston, IL 60201-1590 |
| United Compucred<br>4190 Harrison Ave<br>Cincinnati, OH 45211-4546 | Verizon<br>404 Brock Drive<br>Bloomington, IL 61701-2654 | Verizon<br>PO Box 660108<br>Dallas, TX 75266-0108 |
| Verizon Online<br>PO Box 3243<br>Bloomington, IL 61702-3243 | Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702-3397 | Wachovia Bank NA<br>PO Box 13765<br>Roanoke, VA 24037-3765 |
| Wachovia Bank NA<br>c/o Bankruptcy R4057-01P<br>PO Box 13765<br>Roanoke, VA 24037-3765 | West Asset Management, Inc.<br>Attn: Correspondence<br>PO Box 105359<br>Atlanta, GA 30348-5359 | Joel B Fein<br>Joel B Fein, PA<br>510 Vonderburg Drive<br>Suite 307<br>Brandon, FL 33511-6072 |
| Terry E Smith<br>PO Box 6099<br>Sun City Center, FL 33571-6099 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DT Credit Corp
PO Box 29018
Phoenix, AZ 85038-9018

Jefferson Capital Systems
PO Box 23051
Columbus, GA 31902-3051

NCO/Medclr
PO Box 8547
Philadelphia, PA 19101

Portfolio Recovery Assoc
PO Box 12914
Norfolk, VA 23541

Providian Bank
PO Box 660433
Dallas, TX 75266-0433

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Janice M. Casey
4712 Dover Cliff Court
Dover, FL 33527-6352

(d)Mark A Casey
4712 Dover Cliff Court
Dover, FL 33527-6352

End of Label Matrix
Mailable recipients    57
Bypassed recipients     2
Total                  59